# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00581-CR
## NO. 03-05-00582-CR

**Ronnie Shelby, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NOS. 2031994 & 2045124, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ronnie Shelby seeks to appeal from judgments of conviction for possessing controlled substances. The trial court has certified that these are plea bargain cases and Shelby has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 30, 2005

Do Not Publish